**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 23-6128**

―――――――――

JERITON LAVAR CURRY,

        Petitioner - Appellant,

    v.

UNITED STATES OF AMERICA,

        Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:22-cv-00180-MOC)

―――――――――

Submitted: August 29, 2023                    Decided: August 31, 2023

―――――――――

Before KING, AGEE, and BENJAMIN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Jeriton Lavar Curry, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeriton Lavar Curry appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition in which he sought to challenge his sentence by way of the savings clause in 28 U.S.C. § 2255. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Curry v. United States*, No. 3:22-cv-00180-MOC (W.D.N.C. Sept. 1, 2022).[*] We deny Curry's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Curry filed his notice of appeal on December 12, 2022, more than 60 days after the district court dismissed his petition. *See* Fed. R. App. P. 4(a)(1)(B). However, the court did not enter its final order until March 27, 2023, when it denied Curry's pending motion to amend. Accordingly, we conclude that Curry's notice of appeal was timely. *See Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015); Fed. R. App. P. 4(a)(2).